# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| MEGAN M. DAY,<br>        Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security<br>        Defendant. | JUDGMENT<br><br>No. 5:17-CV-562-RN |

**Decision by Court.**
This case came before the Honorable Robert T. Numbers, III, United States Magistrate Judge for consideration.

**IT IS ORDERED, ADJUDGED AND DECREED** plaintiff's motion for judgment on the pleadings is granted, defendant's motion for judgment on the pleadings is denied and this matter is remanded to the Commissioner for further proceedings and this case is closed.

This Judgment Filed and Entered on January 4, 2019, with service via CM/ECF Notice of Electronic Filing on:

| | |
|---|---|
| Michael W. Bertics, Counsel for Plaintiff | (via CM/ECF electronic notification) |
| Mark J. Goldenberg, Counsel for Defendant | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATED:<br>January 4, 2019 | PETER A. MOORE, JR., CLERK<br>By: */s/ Lisa W. Lee*<br>Deputy Clerk |